| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HALL, JANET C. | U.S. District Court (D.CT) | 5/10/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court 915 Lafayette Blvd. Bridgeport, CT 06604 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | St. Francis Home for Children |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Hall, Janet C.**

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 5/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council | 5/4/2010 | New York, New York | FBC Law Day Event | Dinner for myself and my spouse |
| 2. | Federal Bar Council | 11/24/2010 | New York, New York | Thanksgiving luncheon for the Federal Judiciary | Luncheon expense |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 5/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Dept. Education | Student Loan | L |
| 2. | Citizens Bank | Line of Credit | M |
| 3. | Citizens Bank | Student Loan | L |
| 4. | Sallie Mae | Student Loan | L |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 5/10/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. State of Israel Bond - Exp. 1/01/13 | B | Interest | K | T | | | | | |
| 2. Templeton Dragon Fund | B | Dividend | K | T | | | | | |
| 3. Templeton Global Small Cos Growth Fund | A | Dividend | J | T | | | | | |
| 4. Mutual Quest Fund | D | Dividend | M | T | | | | | |
| 5. Chartlinks, L.P. | | None | J | W | | | | | |
| 6. Strips-tprp Pmt on 10.625 2015 T/ Bond-8/15/2015 | A | Interest | J | T | | | | | |
| 7. Strips Tint-US Treasury Mat. 11/15/20 | A | Interest | J | T | | | | | |
| 8. Vanguard Windsor II Fund | B | Dividend | L | T | Sold (part) | 09/27/10 | K | A | |
| 9. Mutual Discovery Fund CL2 | A | Dividend | K | T | | | | | |
| 10. ▒▒▒▒ P.C. (Note) | | None | M | W | | | | | |
| 11. Partnership Interest in Whitney-Humphrey Assc. (Note) | | None | L | W | | | | | |
| 12. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 13. MetLife Ins. Co. of CT (universal life) | B | Interest | K | T | | | | | |
| 14. AXA Equitable Life Ins. Co. (life policy) | B | Interest | L | T | | | | | |
| 15. Columbia Value Rest. Fund | A | Dividend | J | T | | | | | |
| 16. Schwab US Treas Money Fund | A | Interest | K | T | Buy | 09/29/10 | N | | |
| 17. | | | | | Buy | 10/01/10 | N | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 5/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Sold (part) | 10/26/10 | O | | |
| 19. Sound Shore Fund | B | Dividend | M | T | | | | | |
| 20. Thornburg Value Fund CL.A | A | Dividend | M | T | | | | | |
| 21. Westport Select Cap.CL.R | | None | M | T | | | | | |
| 22. Schwab Value Advantage Money Fund | A | Dividend | J | T | Sold (part) | 09/27/10 | J | | |
| 23. | | | | | Sold (part) | 11/01/10 | J | | |
| 24. Citizens Bank | A | Interest | L | T | | | | | |
| 25. Muhlenkamp Fund | | None | | | Sold | 08/18/10 | L | A | |
| 26. AMR Corp. | | None | J | T | | | | | |
| 27. Artisan Int'l Small Cap | A | Dividend | M | T | | | | | |
| 28. Calamos Growth Fund - A | | None | M | T | Sold (part) | 09/27/10 | K | B | |
| 29. Third Ave. Real Est. Value Fund | A | Dividend | J | T | | | | | |
| 30. Third Ave. International Value Fund | A | Dividend | K | T | | | | | |
| 31. Buffalo Sm. Cap Fund | | None | J | T | | | | | |
| 32. T. Rowe Price MidCap Growth | A | Dividend | J | T | | | | | |
| 33. T. Rowe Price Cap.App.Fund | C | Dividend | M | T | Buy | 10/28/10 | K | | |
| 34. Marsico Growth Fund | A | Dividend | M | T | Sold (part) | 09/27/10 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 5/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  iShare MSCI Canada Index Fund (Note) | A | Dividend | J | T | Buy | 10/27/10 | J | | |
| 36.  Fidelity Cash Acct. | A | Interest | J | T | | | | | |
| 37.  Bank of America | A | Interest | J | T | | | | | |
| 38.  Schwab Bank | A | Interest | J | T | | | | | |
| 39.  Davis NT Venture Fd - A | B | Dividend | M | T | | | | | |
| 40.  Artisan Mid-Cap Value FD | C | Dividend | M | T | Sold (part) | 09/23/10 | L | E | |
| 41. | | | | | Buy (add'l) | 10/22/10 | K | | |
| 42. | | | | | Buy (add'l) | 11/08/10 | K | | |
| 43. | | | | | Buy (add'l) | 11/16/10 | J | | |
| 44. | | | | | Buy (add'l) | 12/02/10 | J | | |
| 45. | | | | | Buy (add'l) | 12/13/10 | J | | |
| 46.  Dodge & Cox Int'l. Stock | B | Dividend | L | T | Buy | 10/27/10 | J | | |
| 47. | | | | | Buy | 11/08/10 | J | | |
| 48. | | | | | Buy | 11/16/10 | J | | |
| 49. | | | | | Buy | 12/02/10 | J | | |
| 50.  Vanguard Strategic Equity | A | Dividend | J | T | | | | | |
| 51.  Wells Fargo Advantage Value Fund | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 5/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Storage Inn Ltd. | | None | L | W | | | | | |
| 53. Arcadia Wind Farms Energies Ltd | | None | L | W | | | | | |
| 54. Limited Partner, Cummings Drive L.P. | B | Dividend | L | T | | | | | |
| 55. Marisco International | | None | | | Sold | 09/27/10 | L | D | |
| 56. iShares INC MSCI EMU Index Fund | | None | J | T | | | | | |
| 57. Plug Power Inc. | | None | J | T | | | | | |
| 58. T. Rowe Price Group A | A | Dividend | J | T | | | | | |
| 59. Buffalo Mid-Cap | | None | J | T | | | | | |
| 60. Pax World Balance Fund | A | Dividend | J | T | | | | | |
| 61. Marisco Focus Fund | | None | L | T | | | | | |
| 62. Fairholme Fund | D | Dividend | M | T | Buy (add'l) | 08/19/10 | L | | |
| 63. | | | | | Buy (add'l) | 10/27/10 | K | | |
| 64. | | | | | Buy (add'l) | 11/08/10 | J | | |
| 65. | | | | | Buy (add'l) | 11/16/10 | K | | |
| 66. | | | | | Buy (add'l) | 12/13/10 | K | | |
| 67. | | | | | Buy (add'l) | 12/16/10 | K | | |
| 68. Intrepid Small Cap Fund | B | Dividend | K | T | Sold (part) | 09/27/10 | L | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 5/10/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  Matthews Asia Pacific | | None | | | Sold | 09/27/10 | L | D | |
| 70.  Schwab S&P 500 Index Fund | A | Dividend | K | T | Sold (part) | 09/29/10 | L | D | |
| 71.  Schwab EFTS Int'l Equity ETF (Note) | A | Dividend | | | Sold | 09/27/10 | J | A | |
| 72.  Schwab ETFS - US Large Cap ETF | A | Dividend | K | T | Sold (part) | 09/29/10 | J | B | |
| 73.  Petrobank Energy & Res LTDF | | None | J | T | | | | | |
| 74.  iShares TR Russell 3000 | B | Dividend | | | Sold | 09/27/10 | M | E | |
| 75.  Schwab Total Stock Market | A | Dividend | K | T | | | | | |
| 76.  Conoco Philips | A | Dividend | K | T | | | | | |
| 77.  Greenspring Fund | A | Dividend | K | T | | | | | |
| 78.  Nicholas II Fund | A | Dividend | K | T | | | | | |
| 79.  Nicholas Ltd Edition Fund | A | Dividend | K | T | | | | | |
| 80.  Schwab Investor Money Fund | | None | | | Sold | 11/01/10 | J | | |
| 81.  Schwab Advantage Cash | | None | | | Sold (part) | 09/27/10 | J | | |
| 82. | | | | | Sold | 11/01/10 | J | | |
| 83.  Vanguard Russell 2000 Growth Index Fund | A | Dividend | J | T | Buy | 10/27/10 | J | | |
| 84.  Vanguard Russell 2000 Value Index Fund | A | Dividend | J | T | Buy | 10/27/10 | J | | |
| 85.  Vanguard REIT ETF | A | Dividend | J | T | Buy | 10/27/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 5/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Vanguard Russell 3000 Index Fund | A | Dividend | J | T | Buy | 10/27/10 | J | | |
| 87. Vanguard Emerging Markets | A | Dividend | K | T | Buy | 10/28/10 | K | | |
| 88. SPDR S&P Emerging Asia | A | Dividend | K | T | Buy | 10/28/10 | K | | |
| 89. CMG Focus Fund | | None | L | T | Buy | 10/27/10 | K | | |
| 90. | | | | | Buy | 11/01/10 | J | | |
| 91. CMG Realty Fund | A | Dividend | K | T | Buy | 11/01/10 | J | | |
| 92. Schwab Advantage Cash Reserve Premium | A | Dividend | L | T | Buy | 10/26/10 | O | | |
| 93. | | | | | Sold (part) | 10/28/10 | M | | |
| 94. | | | | | Sold (part) | 11/09/10 | L | | |
| 95. | | | | | Sold (part) | 11/17/10 | M | | |
| 96. | | | | | Sold (part) | 12/03/10 | K | | |
| 97. | | | | | Sold (part) | 12/14/10 | L | | |
| 98. Royce Value Fund | A | Dividend | L | T | Buy | 10/27/10 | K | | |
| 99. | | | | | Buy | 11/08/10 | K | | |
| 100. | | | | | Buy | 11/16/10 | J | | |
| 101. | | | | | Buy | 12/13/10 | K | | |
| 102. TR Price Growth Fund | A | Dividend | L | T | Buy | 10/27/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 5/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Buy | 11/08/10 | J | | |
| 104. | | | | | Buy | 11/16/10 | K | | |
| 105. | | | | | Buy | 12/13/10 | K | | |
| 106. Vanguard Small Cap Fund | A | Dividend | J | T | Buy | 11/01/10 | J | | |
| 107. Thornberg Int'l Value Fund | A | Dividend | L | T | Buy | 10/27/10 | J | | |
| 108. | | | | | Buy (add'l) | 11/08/10 | J | | |
| 109. | | | | | Buy (add'l) | 11/16/10 | J | | |
| 110. | | | | | Buy (add'l) | 12/02/10 | J | | |
| 111. | | | | | Buy (add'l) | 12/13/10 | J | | |
| 112. Vanguard Emerging Markets | A | Dividend | J | T | Buy | 03/09/10 | J | | |
| 113. Vanguard Wellesley Fund | A | Dividend | J | T | Buy | 03/09/10 | J | | |
| 114. Vanguard GNMA Fund | A | Dividend | J | T | Buy | 03/09/10 | J | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 5/10/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

Line 10: Passive income from sub-chapter S corporation.

Line 11: The appraisal date is 4/2008.

Line 35: In the 2009 Report (Line 49), Column C(1) was mistakenly reported as "K." It should have been "J."

Line 71: In the 2009 Report (Line 78), Column D(4) was mistakenly reported at "K." It should have been "J."

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 5/10/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ **JANET C. HALL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544